UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN JOSEPH PROKOPOVICH, JR.<br>　　　Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | :<br>:<br>: |
| vs. | :<br>: |
| JOHN JOSEPH PROKOPOVICH, JR.<br>　　　Respondent(s) | :<br>: CASE NO. 5-16-bk-01784 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

　　　AND NOW, this 13th day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

　　　1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

　　　　a. Residential real estate.

　　　WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　　　a. Deny confirmation of debtor(s) plan.
　　　　b. Dismiss or convert debtor(s) case.
　　　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　Charles J. DeHart, III
　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　(717) 566-6097

　　　　　　　BY:　　　/s/Agatha R. McHale
　　　　　　　　　　　　Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 13th day of July, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Provinzano, Esquire
16 West Northampton Street
Wilkes Barre, PA 18701

                                             /s/Deborah A. Behney
                                             Office of Charles J. DeHart, III
                                             Standing Chapter 13 Trustee