```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                   Case No. 16-01784-JJT
John Joseph Prokopovich, Jr.                                             Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: Oct 15, 2018
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
              +Valmont Industries Inc,   Attn Payroll Dept,   28800 Ida Street,   PO Box 358,
                Valley, NE 68064-0358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              James Peter Valecko    on behalf of Creditor   Choice One Community Credit Union
               jvalecko@weltman.com, PitEcf@weltman.com
              Jason Paul Provinzano    on behalf of Debtor 1 John Joseph Prokopovich, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN JOSEPH PROKOPOVICH, JR. | : | CHAPTER 13 |
| MOVANT | : | |
| | : | CASE NO.: 5-16-bk-01784-JJT |
| vs | : | |
| | : | |
| VALMONT INDUSTRIES, INC. | : | |
| | : | |
| and | : | |
| | : | MOTION TO TERMINATE |
| CHARLES J. DEHART, III, ESQ. | : | WAGE ATTACHMENT |
| RESPONDENTS | : | |

_____

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW upon consideration of the above-referenced Debtor having filed a Motion to Terminate Wage Attachment, it is hereby ORDERED that:

Attn: Payroll Department
Valmont Industries, Inc.
28800 Ida Street
PO Box 358
Valley, NE 68064

shall terminate the below mentioned payroll deduction from said Debtor's income, beginning on the next day following receipt of this Order.

| Payee / Trustee | Amount Per Weekly Paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esq.<br>PO Box 7005<br>Lancaster, PA 17604 | $81.92 | 5:16-bk-01784 |

Dated:  October 15, 2018           By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)