Certificate Number: 17572-PAM-DE-035796802

Bankruptcy Case Number: 16-01784


17572-PAM-DE-035796802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2021, at 10:06 o'clock AM PDT, John J Prokopovich completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 29, 2021   By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor